SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

WILMA TISCH,

        Plaintiff,

-AGAINST-

KENNETH HENDEL, GALLERY ART GROUP, INC., GALLART.COM, INC., GALLERY ART II, INC., DAY & MEYER, MURRAY & YOUNG CORP., AND JOHN DOE,

        Defendants.

Index No. 153319/2016
IAS Part 8
Hon. Joan M. Kenney

## STIPULATION OF DISMISSAL

WHEREAS Plaintiff Wilma Tisch commenced the above-captioned against Defendants Kenneth Hendel, Gallery Art Group, Inc., Gallart.com, Inc., and Gallery Art II, Inc., among others;

WHEREAS the Parties have agreed to settle the above-captioned action;

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, that all claims against Defendants Kenneth Hendel, Gallery Art Group, Inc., Gallart.com, Inc., and Gallery Art II, Inc. are voluntarily dismissed with prejudice and without costs or fees to any party.

Dated: August ___, 2016

BOIES, SCHILLER & FLEXNER LLP

\s\ Luke Nikas

Luke Nikas
575 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-2300
Facsimile: (212) 446-2350
lnikas@bsfllp.com

*Attorneys for Wilma Tisch*

STOK FOLK & KON

Robert A. Stok
18851 NE 29th Avenue, Suite 1005
Harbour Centre
Aventura, Florida 33180
Telephone:   (305) 935-4440
Facsimile:   (305) 935-4470
RStok@stoklaw.com

*Attorneys for Gallery Art Group, Inc., and Kenneth Hendel*